IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MERCANTI,, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> PHILADELPHIA MEDIA NETWORK : <br> (NEWSPAPERS), LLC, AND THE : <br> PHILADELPHIA FOUNDATION, : <br> : <br> Defendants. | CIVIL ACTION <br><br> NO. 2:20-cv-6387 |

### JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT THE PHILADELPHIA INQUIRER, LLC TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Plaintiff, Michael Mercanti, and Defendant, The Philadelphia Inquirer, LLC (which Defendant believes was improperly identified in the Complaint as Philadelphia Media Network (Newspapers) LLC), by and through their undersigned counsel, hereby stipulate and agree that the time within which Defendant The Philadelphia Inquirer, LLC must answer, move, or otherwise plead to the Complaint in the above-captioned matter is extended until March 5, 2021.

| | |
|---|---|
| */s/ Edward S. Mazurek* | */s/ Leigh H. McMonigle* |
| Edward S. Mazurek (PA I.D. 50278) | Matthew V. DelDuca, Esquire |
| THE MAZUREK LAW FIRM, LLC | Leigh H. McMonigle, Esquire (PA 309308) |
| 717 S. Columbus Blvd. | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Suite 516 | 3000 Two Logan Square |
| Philadelphia, PA 19147 | Eighteenth & Arch Streets |
| 267.243.3393 | Philadelphia, PA 19103-2799 |
| emazurek@mazureklawfirm.com | 215.981.4000 |
| | *Attorneys for Defendant The Philadelphia Inquirer, LLC (improperly identified in the Complaint as Philadelphia Media Network (Newspapers) LLC)* |
| *Attorneys for Plaintiff* | |
| | Dated: February 16, 2021 |
| Dated: February 16, 2021 | |

APPROVED BY:

/s/ *Eduardo C. Robreno*                         ***February 18, 2021***
Eduardo C. Robreno                                Date
United States District Judge